IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY STRIBLING, | ) | |
| ID # 413816 | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:11-CV-3081-N-BH |
| | ) | |
| S. DERAMCY, et al., | ) | |
|     Defendants. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Plaintiff's *Application to Proceed In Forma Pauperis* (doc. 2) is **DENIED**. By separate judgment, the Court summarily dismisses this action as barred by 28 U.S.C. § 1915(g).

**SIGNED this 12th day of December, 2011.**

_____
**UNITED STATES DISTRICT JUDGE**